UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DELONTE WILLIAMS,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　／ | Case: 3:21−cr−20654<br>Assigned To : Cleland, Robert H.<br>Referral Judge: Grand, David R.<br>Assign. Date : 10/25/2021<br>Description: INFO USA V. WILLIAMS (NA)<br><br>**Violations**:<br>18 U.S.C. § 922(d)(1) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNTS ONE, TWO, AND THREE
### 18 U.S.C. § 922(d)(1)
### SALE OF FIREARMS TO A PROHIBITED PERSON

On or about the dates set forth below, in the Eastern District of Michigan, the defendant, DELONTE WILLIAMS, knowingly sold the firearms set forth below to an ATF confidential informant ("ATF-1"), knowing and having reasonable cause to believe that ATF-1 had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. §§ 922(d)(1) and 924(a)(2).

| Count | Approximate Date | Firearm(s) Sold |
|---|---|---|
| 1 | July 25, 2019 | JA China, SKS, 7.62 caliber rifle, along with a high capacity magazine.<br><br>Colt, Delta Elite, 10mm caliber pistol with an obliterated serial number, along with three 10mm ammunition rounds. |
| 2 | July 31, 2019 | Israel Weapon IND-IWI, Model UZI, 9mm caliber pistol. |
| 3 | August 13, 2019 | Beretta, Model PX4 Storm, .40 caliber pistol. |

## **FORFEITURE ALLEGATIONS**

The allegations contained in Counts One through Three of this Information are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) together with 28 U.S.C. § 2461.

Upon conviction of the offenses set forth in Counts One, Two, and Three of the Information, the defendant shall forfeit to the United States any firearms or ammunition involved in or used in his knowing violations of his Title 18 offenses.

SAIMA S. MOHSIN
Acting United States Attorney

 */s Benjamin C. Coats*  
Benjamin C. Coats
Assistant United States Attorney
Chief, Major Crimes Unit
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9734
benjamin.coats@usdoj.gov

 */s Alyse Wu*  
Alyse Wu
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9589
alyse.wu@usdoj.gov

Dated: October 25, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number:<br>3:21-cr-20654 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☒No | **AUSA's Initials:** AW |

**Case Title:**   USA v. Delonte Williams

**County where offense occurred:**   Wayne

**Offense Type:**   Felony

Information -- based upon prior complaint [**Case number:** 19-30649]

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

October 25, 2021
Date

s/Alyse Wu

Alyse Wu
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Alyse.Wu@usdoj.gov
(313) 226-9589
No Mich Bar #

Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.